# United States Bankruptcy Court

For The
DISTRICT OF HAWAII

Date:6/6/2023                                      Case No:23-00136

**IN RE:** LANA HOOHOKUKALANI PASCOE                    SSN #1:XXX-XX-5171
929 AHANA STREET 305
HONOLULU, HI 96814

## TRUSTEE'S NOTICE OF FILED CLAIMS

Below is a list of claims filed in the above case as of the date of this notice. Disbursements are being made according to the provisions of the confirmed Chapter 13 plan on the claims as stated below. Payments will be suspended pending further court order if an objection to a claim is filed.

| Claim # | Name and Address of Creditor | Amount | | Classification |
|---|---|---|---|---|
| 002 | UPSTART NETWORK / P.O. BOX 1931 <br> BURLINGAME, CA 94011 | 5,222.37 | | Unsecured |
| 003 | LENDUMO IN CARE OF ZENRESOLVE / 2770 MISSION RANCHERIA <br> LAKEPORT, CA 95453 | 1,473.30 | | Unsecured |
| 004 | HONOLULU FEDERAL CREDIT UNION / PO BOX 235862 <br> HONOLULU, HI 96823 | 8,615.84 <br> 9.0000% From 02/28/2023 | | Secured |
| 005 | HONOLULU FEDERAL CREDIT UNION / PO BOX 235862 <br> HONOLULU, HI 96823 | 17,298.88 <br> 9.0000% From 02/28/2023 | | Unsecured |
| 006 | LVNV FUNDING LLC / RESURGENT CAPITAL SERVICES <br> P.O. BOX 10587 / GREENVILLE, SC 29603-0587 | 1,088.72 | | Unsecured |
| 007 | PORTFOLIO RECOVERY ASSOCIATES, LLC / P. O. BOX 41067 <br> NORFOLK, VA 23541 | 1,294.44 | | Unsecured |
| 008 | PORTFOLIO RECOVERY ASSOCIATES, LLC / P. O. BOX 41067 <br> NORFOLK, VA 23541 | 3,774.29 | | Unsecured |
| 009 | DEPT OF TAXATION, STATE OF HI (O-Z) / BANKRUPTCY UNIT, ATTN <br> P. O. BOX 259 / HONOLULU, HI 96809-0259 | 2,074.87 | | Priority |
| 009 | DEPT OF TAXATION, STATE OF HI (O-Z) / BANKRUPTCY UNIT, ATTN <br> P. O. BOX 259 / HONOLULU, HI 96809-0259 | 921.79 | | Unsecured |
| 010 | HAWAIIUSA FCU / 1226 COLLEGE WALK <br> HONOLULU, HI 96817 | 2,438.11 | | Unsecured |
| 011 | ADVANCE FINANCIAL ADMINISTRATION, / LLC, C/O WEINSTEIN & I <br> 2001 WESTERN AVENUE, STE 400 / SEATTLE, WA 98121 | 3,420.81 | | Unsecured |
| 799 | BLAKE GOODMAN, PC / 900 FORT STREET MALL #910 <br> HONOLULU, HI 96813 | 3,600.00 | | Attorney |
| | INTERNAL REVENUE SERVICE / PO BOX 7346 <br> PHILADELPHIA, PA 19101-7346 | None | | Not Filed <br> .00 |
| | ADVANTIST HEALTH / PO BOX 51385 <br> LOS ANGELES, CA 90051 | None | | Not Filed <br> .00 |
| | INTERNAL REVENUE SERVICE / PO BOX 7346 <br> PHILADELPHIA, PA 19101-7346 | None | | Not Filed <br> .00 |
| | CINDY GOODNESS ZANE LLC / 2525 SOUTH KING ST. SUITE 311 <br> HONOLULU, HI 96826 | None | | Not Filed <br> .00 |
| | DOI/LUKE, ATTORNEYS AT LAW LLC / 1600 KAPIOLANI BLVD <br> STE 1300 / HONOLULU, HI 96814 | None | | Not Filed <br> .00 |
| | ORTHOPEDIC ASSOCIATES / 1401 SOUTH BERETANIA ST #750 <br> HONOLULU, HI 96814 | None | | Not Filed <br> .00 |
| | QUEENS HOSPITAL / PO BOX 320010 <br> HONOLULU, HI 96820 | None | | Not Filed <br> .00 |
| | UPSTART / PO BOX 1503 <br> SAN CARLOS, CA 94070 | None | | Not Filed <br> .00 |

Copies of this Notice of Filed Claims have been mailed to debtor(s) at the addresses as they appear in this proceeding.

DATE: _____6/6/2023_____

Nima Ghazvini
Chapter 13 Standing Trustee
1050 Bishop Street, #521
Honolulu, HI 96813-4210

# United States Bankruptcy Court

For The
DISTRICT OF HAWAII

Date: 6/6/2023                                    Case No: 23-00136

**IN RE:** LANA HOOHOKUKALANI PASCOE                    SSN #1: XXX-XX-5171
929 AHANA STREET 305
HONOLULU, HI 96814

## TRUSTEE'S NOTICE OF FILED CLAIMS

Below is a list of claims filed in the above case as of the date of this notice. Disbursements are being made according to the provisions of the confirmed Chapter 13 plan on the claims as stated below. Payments will be suspended pending further court order if an objection to a claim is filed.

| Claim # | Name and Address of Creditor | Amount | | Classification |
|---------|------------------------------|--------|--|----------------|
| | USCB AMERICA FOR ADVENTIST HEALTH / 355 S GRAND AVE STE LOS ANGELES, CA 90071 | None | | Not Filed .00 |
| | BARCLAYS BANK/APPLE CARD / PO BOX 8803 WILMINGTON, DE 19899 | None | | Not Filed .00 |
| | MACY'S (BANKRUPTCING PROCESSING) / PO BOX 8053 MASON, OH 45040 | None | | Not Filed .00 |
| | | Total | 51,223.42 | |

Copies of this Notice of Filed Claims have been mailed to debtor(s) at the addresses as they appear in this proceeding.

DATE: _____6/6/2023_____

Nima Ghazvini
Chapter 13 Standing Trustee
1050 Bishop Street, #521
Honolulu, HI 96813-4210